Tim Truman
Standing Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
Telephone: (817) 770-8500
Facsimile: (817) 498-1362

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.: 25-43473-ELM |
| | § | Chapter 13 |
| JOSE TRINIDAD CUELLAS | § | Hearing Date: January 8, 2026  8:30 am |
| | § | |
| | § | |
| Debtor | § | |

### TRUSTEE'S NOTICE OF CONTINUANCE

**NOTICE IS HEREBY GIVEN** that the "CONFIRMATION OF CHAPTER 13 PLAN" matter has been continued from December 4, 2025   8:30 am to a court hearing on  **January 8, 2026   8:30 am** to be held  **at the United States Bankruptcy Court, 501 W. 10th Street, Room 204, Fort Worth, TX  76102, or by WebEx at: https://us-courts.webex.com/meet/Morris,  Meeting ID: 2309 445 3213 (for Telephone Dial-In 1-650-479-3207).**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Notice of Continuance" was served on the parties entitled to electronic notice by the Bankruptcy Clerk and/or on the parties listed below in the manner listed below on or before 12/05/2025.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
State Bar No.  20258000
Angela Allen
State Bar No.  007869700
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
Telephone: (817) 770-8500
Facsimile: (817) 498-1362

**DEBTOR: BY ELECTRONIC SERVICE/EMAIL**
JOSE TRINIDAD CUELLAS - BY EMAIL.
**DEBTOR  ATTORNEY, NOTICE OF APPEARANCE CREDITORS, US TRUSTEE: BY ELECTRONIC SERVICE/EMAIL:**

REAVES AND LEE PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX  76053
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
ASSISTANT ATTORNEY GENERAL, PO BOX 12548, AUSTIN, TX  78711
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242