**TIM TRUMAN STANDING CHAPTER 13 TRUSTEE**
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TX 76180-6608
TELEPHONE: (817) 770-8500

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                                      CASE NO.: 25-43473-ELM-13

**JOSE TRINIDAD CUELLAS**

**DEBTOR**

**TRUSTEE'S STATEMENT OF INVESTIGATION CONDUCTED
PURSUANT TO 11 U.S.C. 1302(c) AND 1106(a)(4)(A)**

      **NOW COMES** Tim Truman, Standing Chapter 13 Trustee and hereby submits the Trustee's Statement of Investigation Conducted Pursuant to 11 U.S.C. 1302(c) and 1106(a)(4)(A) regarding the acts, conduct, assets, liabilities, financial condition, operation of Debtor's business, the desirability of continuation of business, and any other matter relevant to the case and formulation of a Plan. The Trustee would respectfully show the Court the following:

1. Name of business: MRJ Company (Cleaning) and MRJ Handyman.
2. Location of business: 4802 Winterview Drive
3. Type of business: Cleaning and Handyman
4. Type of business entity: Sole Proprietorship
5. Business operating since: Cleaning: 2005 and Handyman: 2018
6. Business license required and current: Not required.
7. Business insurance current: Yes,
8. Debtor obtains trade credit in the operation of business: No
9. Number of employees or contract laborers (excluding family members): 5 for Handyman and 8 for Cleaning (all contractors)
10. Debtor sells liquor: No
11. All federal tax returns have been filed: Yes. If no, list unfiled returns:
12. Quarterly estimated tax payments have been made since the filing of the Petition (or included in the budget if not yet due): Yes
13. The business earned a profit in the tax year preceding the bankruptcy: Yes
14. The business earned a profit during the six months preceding the bankruptcy: Yes
15. Causes of action available to the estate: N/A
16. Facts pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the debtor, or of a cause of action available to the estate: None
17. Other matters relevant to the case or to the formulation of a Plan: None

**WHEREFORE**, it is the opinion of the Trustee pursuant to 11 U.S.C. 1302(c) and 1106(a), based upon the financial data furnished by the that the Debtor, the Debtor's business is viable, the continuance of the business is desirable, and the plan is feasible. The Trustee is aware of facts pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the debtor, or of a cause of action available to the estate, as stated above.

Respectfully submitted,

Dated: January 07, 2026

By: */s/ Angela D. Allen*

TIM TRUMAN STANDING CHAPTER 13 TRUSTEE
Bar No. 20258000

Angela Allen, Staff Attorney
Bar No.  007869700
6851 NE Loop 820, Suite 300
Fort Worth, TX 76180
(817) 770-8500  Phone