

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 18, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NUMBER: 25-43473-ELM |
| JOSE TRINIDAD CUELLAS | § § | CHAPTER 13 |
| DEBTOR | § § § § | JUDGE EDWARD L MORRIS |

### ORDER DENYING MODIFICATION OF CONFIRMED PLAN

AT FORT WORTH IN SAID DISTRICT:

On April 02, 2026 came on for hearing Debtor's Modification of Confirmed Plan ("Modification") filed on or about February 26, 2026 [Docket # 44]. The Court finds that notice was and is appropriate under the circumstances.

The Court is of the opinion that the Modification should be DENIED based on the Debtor's announcement of no opposition to DENIAL of the Modification at or prior to the hearing.

**IT IS THEREFORE ORDERED** that Debtor's Modification of Confirmed Plan filed on or about February 26, 2026, is hereby DENIED, without prejudice.

# # # End of Order # # #